IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN SMITH, et al., | No. C 11-02411 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| THE SANTA ROSA PRESS DEMOCRAT, et al., | |
| Defendants. / | |

The complaint has been dismissed for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: 10/20/11

SUSAN ILLSTON
United States District Judge